UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
                                             FILED
                                             March 15, 2012
                                             CLERK, US DISTRICT COURT
                                             EASTERN DISTRICT OF
                                             CALIFORNIA
                                                    DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>v.  )<br>  )<br>DEREK CARDER,  )<br>  )<br>   Defendant.  ) | 2:12-mj-00077-EFB<br><br>NOTICE TO DEFENDANT<br>BEING RELEASED |

A.   You are advised that you are being released pursuant to the "Bail Reform Act of 1984".

B.   Conditions of Release
     You are further advised that your release is subject to the following conditions in addition to any conditions contained in your Bond form:
   1.   That you shall appear on time at all proceedings as required and shall surrender for service of any sentence imposed as directed.
   2.   That you shall advise the court and you attorney prior to any change in address.
   3.   That you shall not commit any offense in violation of federal, state or local law while on release in this case.
   4.   Travel Restrictions:
   5.   Other Special Conditions:
            See Attached

C.   Advice of Penalties and Sanctions
     You are further advised that:
   1.   It is a criminal offense under Title 18 U.S.C. §3146, if, after having been released, the defendant knowingly fails to appear as required by the conditions of release or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for –
        a.   an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
        b.   an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years or both;
        c.   any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years or both; or
        d.   a misdemeanor, the defendant shall be fined not more than $2,000 or imprisoned not more than one year, or both. If punishable by more than 6 months, the fine is not more than $100,000.
     A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense.
     In addition, failure to appear may result in the forfeiture of any bail.

Original - Filed with Court

2. Conviction of an Offense Committed While on Release

Conviction of an offense committed while on release carries the following sentences which are in addition to the sentence prescribed for the offense and which must be consecutive to any other sentence:

    a. Not more than 10 years if the offense is a felony.
    b. Not more than one year if the offense is a misdemeanor.

3. Violation of Conditions of Release

Violation of any condition of your release may also result in arrest by a law enforcement officer the immediate issuance of a warrant for your arrest, revocation of release, an order of detention, and a prosecution for contempt which could result in a possible term of imprisonment and / or a fine.

4. Obstruction of Justice Crimes

It is an additional crime to:

    a. Endeavor by force or threat to influence, intimidate or impede a juror, officer of the court, or the administration of justice (Title 18 U.S.C. §1503) Penalty: 5 years and/or $250,000.00
    b. Endeavor to obstruct, delay or prevent a criminal investigation (Title 18 U.S.C.§1510) Penalty: 5 years and / or $250,000.00.
    c. Tamper with a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 10 years and / or $250,000.00.
    d. Harass a witness, victim or informant (Title 18 U.S.C. §1512) Penalty: 1 year and / or $100,000.00
    e. Retaliate against a witness, victim or informant (Title 18 U.S.C. §1513) Penalty: 10 years and / or $250,000.00.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in the above-captioned case and that I am aware of and fully understand the above conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am also aware of and fully understand the penalties and sanctions set forth above for failure to appear, conviction of an offense committed while on release, violation of a condition of release, or any of the obstruction of justice crimes.

_____                              CA
DEFENDANT'S SIGNATURE              CITY             STATE      ZIP

(IF AN INTERPRETER IS USED)

I have translated into the _____ language the above conditions of release and Advice to Defendant and have been told by the defendant that he / she understands the conditions of release and advice.

_____
INTERPRETER

SPECIAL CONDITIONS OF RELEASE

Re: Carder, Derek
Docket No.: 2:12-MJ-00077 EFB
Date: March 15, 2012

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California and the District of Nevada (for court purposes only), without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall not obtain a new passport during the pendency of this case;

11. You shall not associate or have any contact with your co-defendants, unless in the presence of defense counsel or with prior approval by the pretrial services officer; and

12. You shall only use your true name and personal identifiers and you shall not use any other person's name or identifiers.

SPECIAL CONDITIONS OF RELEASE

Re: Michelle Troung
Docket No.: 2:12-CR-49 KJM
Date: March 9, 2012

1) You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2) You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3) You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4) You shall cooperate in the collection of a DNA sample;

5) Your travel is restricted to the Eastern District of California and the Northern District of California without the prior consent of the pretrial services officer;

6) You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7) You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8) You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

9) You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10) You shall not associate or have any contact with any co-defendants with the exception of your husband, Dustin Wilson, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11) You shall obtain no passport during the pendency of this case; and

12) You shall report any contact with law enforcement to your pretrial services officer within 24 hours.