**FILED**
March 15, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. 2:12-mj-00077-EFB
            Plaintiff,           )
v.                              )
                                )    ORDER FOR RELEASE OF
DEREK CARDER,                   )    PERSON IN CUSTODY
            Defendant.           )
                                )
_____)

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DEREK CARDER, Case No. 2:12-mj-00077-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

    _X_   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/15/2012 at 3:12 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge